| United States Bankruptcy Court<br>Western District of Washington | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**GALP Sierra Vista Limited Partnership, by and through its General Receiver, Ira K. Glasser** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-4234940** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5500 El Camino Del Ray St.**<br>**Houston, TX**     ZIP Code **77081** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Harris** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**GALP Sierra Vista Limited Partnership**<br>**c/o Ira K. Glasser, General Receiver**<br>**PO Box 100**<br>**Murphys, CA**     ZIP Code **95247** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):     **750 Market Street**<br>**Tacoma, WA 98402** | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☑ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**General Receiver**

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**GALP Sierra Vista Limited Partnership, by and through its**<br>**General Receiver, Ira K. Glasser** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)       (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>       _____<br>       (Name of landlord that obtained judgment)<br><br><br>       _____<br>       (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | **GALP Sierra Vista Limited Partnership, by and through its General Receiver, Ira K. Glasser** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ John R. Rizzardi**
Signature of Attorney for Debtor(s)

**John R. Rizzardi WSBA No. 9388**
Printed Name of Attorney for Debtor(s)

**Cairncross & Hempelmann, P.S.**
Firm Name

**524 Second Avenue**
**Suite 500**
**Seattle, WA 98104**

Address

**206-587-0700  Fax: 206-587-2308**
Telephone Number

**September  4, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ira K. Glasser**
Signature of Authorized Individual

**Ira K. Glasser**
Printed Name of Authorized Individual

**General Receiver for GALP Sierra Vista Limited Partnership**
Title of Authorized Individual

**September  4, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Western District of Washington

| | |
|---|---|
| In re **GALP Sierra Vista Limited Partnership, by and through its General Receiver, Ira K. Glasser** | Case No. |
| Debtor(s) | Chapter **11** |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Allied Waste Services #853**<br>**PO Box 78829**<br>**Phoenix, AZ 85062** | **Allied Waste Services #853**<br>**PO Box 78829**<br>**Phoenix, AZ 85062** | | | **5,163.72** |
| **Ameristar Screen & Glass**<br>**PO Box 29308**<br>**Dallas, TX 75229** | **Ameristar Screen & Glass**<br>**PO Box 29308**<br>**Dallas, TX 75229** | | | **4,238.01** |
| **Centerpoint Energy**<br>**PO Box 4981**<br>**Houston, TX 77210** | **Centerpoint Energy**<br>**PO Box 4981**<br>**Houston, TX 77210** | | | **4,509.81** |
| **Citibank, N.A.**<br>**One Sansome Street**<br>**San Francisco, CA 94104** | **Citibank, N.A.**<br>**One Sansome Street**<br>**San Francisco, CA 94104** | | | **198,438.06** |
| **City of Houston**<br>**PO Box 1560**<br>**Houston, TX 77251** | **City of Houston**<br>**PO Box 1560**<br>**Houston, TX 77251** | | | **43,859.81** |
| **CLMS Properties, L.P.**<br>**750 Market Street**<br>**Tacoma, WA 98402** | **CLMS Properties, L.P.**<br>**750 Market Street**<br>**Tacoma, WA 98402** | | | **617,634.71** |
| **Envirotrol Company, Inc.**<br>**806 North Beltine Road**<br>**Grand Prairie, TX 75050** | **Envirotrol Company, Inc.**<br>**806 North Beltine Road**<br>**Grand Prairie, TX 75050** | | | **5,079.51** |
| **For Rent Media Solutions**<br>**PO Box 209066**<br>**Dallas, TX 75320** | **For Rent Media Solutions**<br>**PO Box 209066**<br>**Dallas, TX 75320** | | | **2,653.29** |
| **GALP Sierra GP, L.P.**<br>**750 Market Street**<br>**Tacoma, WA 98402** | **GALP Sierra GP, L.P.**<br>**750 Market Street**<br>**Tacoma, WA 98402** | | | **3,482.25** |
| **Graoch Associates #180 LP**<br>**750 Market Street**<br>**Tacoma, WA 98402** | **Graoch Associates #180 LP**<br>**750 Market Street**<br>**Tacoma, WA 98402** | | | **23,974.61** |
| **Green Mountain Energy**<br>**PO Box 6500001**<br>**Dallas, TX 75265** | **Green Mountain Energy**<br>**PO Box 6500001**<br>**Dallas, TX 75265** | | | **85,272.33** |
| **Hocutt, Inc.**<br>**PO Box 271029**<br>**Dallas, TX 75227** | **Hocutt, Inc.**<br>**PO Box 271029**<br>**Dallas, TX 75227** | | | **5,869.04** |

In re GALP Sierra Vista Limited Partnership, by and through its General Receiver, Ira K. Glasser

Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Houston Pest<br>PO Box 841824<br>Houston, TX 77284 | Houston Pest<br>PO Box 841824<br>Houston, TX 77284 | | | 3,355.75 |
| LTD Landscaping & Supplies Inc<br>32011 Wendt Park Place<br>Fulshear, TX 77441 | LTD Landscaping & Supplies Inc<br>32011 Wendt Park Place<br>Fulshear, TX 77441 | | | 10,283.74 |
| MFF Partners, L.P.<br>750 Market Street<br>Tacoma, WA 98402 | MFF Partners, L.P.<br>750 Market Street<br>Tacoma, WA 98402 | | | 114,013.16 |
| Resident Security Deposits | Resident Security Deposits | | | 35,225.73 |
| Steve Hamasaki<br>750 Market Street<br>Tacoma, WA 98402 | Steve Hamasaki<br>750 Market Street<br>Tacoma, WA 98402 | | | 12,015.33 |
| Terminix International<br>11777 W. Sam Houston Pkwy S.#8<br>Houston, TX 77031 | Terminix International<br>11777 W. Sam Houston Pkwy S.#8<br>Houston, TX 77031 | | | 6,984.17 |
| Waste Management<br>PO Box 660345<br>Dallas, TX 75266 | Waste Management<br>PO Box 660345<br>Dallas, TX 75266 | | | 7,197.24 |
| WCA Waste Corporation<br>PO Box 553166<br>Detroit, MI 48255 | WCA Waste Corporation<br>PO Box 553166<br>Detroit, MI 48255 | | | 4,915.90 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the General Receiver for GALP Sierra Vista Limited Partnership of the General Receiver named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 4, 2012**

Signature **/s/ Ira K. Glasser**

**Ira K. Glasser
General Receiver for GALP Sierra Vista Limited
Partnership**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

In re **GALP Sierra Vista Limited Partnership, by and through its General Receiver, Ira K. Glasser**  
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | | | | | |
| | | | C | | | | | | |
| Account No. | | | | | | | | | |
| **Allied Waste Services #853** **PO Box 78829** **Phoenix, AZ 85062** | | - | | | | | | | 5,163.72 |
| Account No. | | | | | | | | | |
| **American Management Services** **2801 Alaska Way, Suite 200** **Seattle, WA 98121** | | | | | | | | | 2,260.53 |
| Account No. | | | | | | | | | |
| **American Management Services** **2801 Alaska Way, Suite 200** **Seattle, WA 98121** | | - | | | | | | | 564.77 |
| Account No. | | | | | | | | | |
| **Ameristar Screen & Glass** **PO Box 29308** **Dallas, TX 75229** | | - | | | | | | | 4,238.01 |

__10__ continuation sheets attached

Subtotal (Total of this page) — **12,227.03**

In re **GALP Sierra Vista Limited Partnership, by and through its General Receiver, Ira K. Glasser**,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Apartments.com** <br> **2563 Collection Center Drive** <br> **Chicago, IL 60693** | - | | | | | | | 1,123.37 |
| Account No. <br><br> **AT&T Line Repair** <br> **909 Chestnut St. Rm 39-N-13** <br> **Saint Louis, MO 63101** | - | | | | | | | 2,102.80 |
| Account No. <br><br> **Audio Images International** <br> **PO Box 550819** <br> **Jacksonville, FL 32255** | - | | | | | | | 264.00 |
| Account No. <br><br> **Blue Moon Software, Inc.** <br> **PO Box 684926** <br> **Austin, TX 78768** | - | | | | | | | 243.56 |
| Account No. <br><br> **Boreal Properties, L.P.** <br> **750 Market Street** <br> **Tacoma, WA 98402** | - | | | | | | | 100.00 |

Sheet no. __1__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **3,833.73**

In re **GALP Sierra Vista Limited Partnership, by and through its General Receiver, Ira K. Glasser**, Case No. _____

_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Brilliant Promotional Products**<br>**10161 Harwin, Suite #125**<br>**Houston, TX 77036** | - | | | | | | 380.48 |
| Account No.<br><br>**Centerpoint Energy**<br>**PO Box 4981**<br>**Houston, TX 77210** | - | | | | | | 4,509.81 |
| Account No.<br><br>**Citibank, N.A.**<br>**One Sansome Street**<br>**San Francisco, CA 94104** | - | | | | | | 198,438.06 |
| Account No.<br><br>**City of Houston**<br>**PO Box 1560**<br>**Houston, TX 77251** | - | | | | | | 43,859.81 |
| Account No.<br><br>**City of Houston Heath Services**<br>**7411 Park Place, Rm #102**<br>**Houston, TX 77087** | - | | | | | | 1,088.72 |

Sheet no. __2__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

248,276.88

In re **GALP Sierra Vista Limited Partnership, by and through its General Receiver, Ira K. Glasser**

Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **CLMS Management Services LP** <br> **750 Market Street** <br> **Tacoma, WA 98402** | - | | | | | | | 358.05 |
| Account No. <br><br> **CLMS Properties, L.P.** <br> **750 Market Street** <br> **Tacoma, WA 98402** | - | | | | | | | 617,634.71 |
| Account No. <br><br> **De Leon** <br> **5500 El Camino Del Rey St.** <br> **Houston, TX 77081** | - | | | | | | | 50.00 |
| Account No. <br><br> **Echo Communications, Inc.** <br> **12703 Veterans Memorial Dr.,** <br> **Suite #200** <br> **Houston, TX 77014** | - | | | | | | | 1,309.74 |
| Account No. <br><br> **Envirotrol Company, Inc.** <br> **806 North Beltine Road** <br> **Grand Prairie, TX 75050** | - | | | | | | | 5,079.51 |

Sheet no. __3__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **624,432.01**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **GALP Sierra Vista Limited Partnership, by and through its General Receiver, Ira K. Glasser** Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Essential Messaging dba PO Box Drawer 1151 Altoona, PA 16603 | - | | | | | | | 1,205.91 |
| Account No. | | | | | | | | |
| For Rent Media Solutions PO Box 209066 Dallas, TX 75320 | - | | | | | | | 2,653.29 |
| Account No. | | | | | | | | |
| Gall & Gall Company, Inc. 8555 North Dixie Drive Dayton, OH 45414 | - | | | | | | | 246.35 |
| Account No. | | | | | | | | |
| GALP Sierra GP, L.P. 750 Market Street Tacoma, WA 98402 | - | | | | | | | 3,482.25 |
| Account No. | | | | | | | | |
| GALP SV GP, Inc. 750 Market Street Tacoma, WA 98402 | - | | | | | | | 493.97 |

Sheet no. __4__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,081.77**

In re **GALP Sierra Vista Limited Partnership, by and through
its General Receiver, Ira K. Glasser**
,

Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| GALP Waters LP 750 Market Street Tacoma, WA 98402 | - | | | | | | | 1,000.00 |
| Account No. | | | | | | | | |
| Giron 5500 El Camino Del Rey St. Houston, TX 77081 | - | | | | | | | 50.00 |
| Account No. | | | | | | | | |
| Graoch Associates #160 LP 750 Market Street Tacoma, WA 98402 | - | | | | | | | 340.91 |
| Account No. | | | | | | | | |
| Graoch Associates #180 LP 750 Market Street Tacoma, WA 98402 | - | | | | | | | 23,974.61 |
| Account No. | | | | | | | | |
| Green Mountain Energy PO Box 6500001 Dallas, TX 75265 | - | | | | | | | 85,272.33 |

Sheet no. __5__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**110,637.85**

In re **GALP Sierra Vista Limited Partnership, by and through its General Receiver, Ira K. Glasser** Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Hernandez**<br>**5500 El Camino Del Rey St.**<br>**Houston, TX 77081** | - | | | | | | | 100.00 |
| Account No.<br><br>**Hocutt, Inc.**<br>**PO Box 271029**<br>**Dallas, TX 75227** | - | | | | | | | 5,869.04 |
| Account No.<br><br>**Houston Apartment Association**<br>**4810 Westway Park Blvd**<br>**Houston, TX 77041** | - | | | | | | | 79.02 |
| Account No.<br><br>**Houston Multi Housing Corp**<br>**4810 Westway Park Blvd**<br>**Houston, TX 77041** | - | | | | | | | 220.63 |
| Account No.<br><br>**Houston Pest**<br>**PO Box 841824**<br>**Houston, TX 77284** | - | | | | | | | 3,355.75 |

Sheet no. __6__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,624.44

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **GALP Sierra Vista Limited Partnership, by and through**
 **its General Receiver, Ira K. Glasser**
_____,
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Jorge I. Flores 4111 Highland Cross Dr. #1905 Houston, TX 77073 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Linda Luksba | | | | | | | | 1,128.66 |
| Account No. | | | | | | | | |
| LTD Landscaping & Supplies Inc 32011 Wendt Park Place Fulshear, TX 77441 | - | | | | | | | 10,283.74 |
| Account No. | | | | | | | | |
| MFF Partners, L.P. 750 Market Street Tacoma, WA 98402 | - | | | | | | | 114,013.16 |
| Account No. | | | | | | | | |
| Presto Maintenance Supply 580 North Shepherd Drive Houston, TX 77007 | - | | | | | | | 1,208.13 |

Sheet no. __7__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

126,723.69

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **GALP Sierra Vista Limited Partnership, by and through
its General Receiver, Ira K. Glasser**
_____ ,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ramos<br>5500 El Camino Del Rey St.<br>Houston, TX 77081** | - | | | | | | | 50.00 |
| Account No.<br><br>**Resident Security Deposits** | | | | | | | | 35,225.73 |
| Account No.<br><br>**Romero<br>5500 El Camino Del Rey St.<br>Houston, TX 77081** | - | | | | | | | 150.00 |
| Account No.<br><br>**SM Carpets<br>12302 Fondren Rd. #10<br>Houston, TX 77035** | - | | | | | | | 1,540.00 |
| Account No.<br><br>**Soriano<br>5500 El Camino Del Rey St.<br>Houston, TX 77081** | - | | | | | | | 43.00 |

Sheet no. **8** of **10** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,008.73

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **GALP Sierra Vista Limited Partnership, by and through**
       **its General Receiver, Ira K. Glasser**
                                                        Case No. _____

                                              ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Steve Hamasaki** **750 Market Street** **Tacoma, WA 98402** | - | | | | | | | 12,015.33 |
| Account No. **Terminix International** **11777 W. Sam Houston Pkwy S.#8** **Houston, TX 77031** | - | | | | | | | 6,984.17 |
| Account No. **Twd Business Systems, Inc.** **PO Box 740009** **Houston, TX 77274** | - | | | | | | | 162.24 |
| Account No. **Waste Management** **PO Box 660345** **Dallas, TX 75266** | - | | | | | | | 7,197.24 |
| Account No. **WCA Waste Corporation** **PO Box 553166** **Detroit, MI 48255** | - | | | | | | | 4,915.90 |

Sheet no. __9___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **31,274.88**

In re **GALP Sierra Vista Limited Partnership, by and through
its General Receiver, Ira K. Glasser**
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Webb Pest Control** PO Box 924226 Houston, TX 77292 | | - | | | | | | 1,197.36 |
| Account No. **Welcome Home America, Inc.** PO Box 246 Holly Springs, GA 30142 | | - | | | | | | 580.36 |
| Account No. **Wentwood Roundhill I, L.P.** 750 Market Street Tacoma, WA 98402 | | - | | | | | | 605.15 |
| Account No. **Wentwood Woodside I, L.P.** 750 Market Street Tacoma, WA 98402 | | - | | | | | | 495.91 |
| Account No. **Wilmar Industries Inc.** 801 West Bay Street Jacksonville, FL 32204 | | - | | | | | | 1,318.13 |

Sheet no. __10__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 4,196.91 |
| Total (Report on Summary of Schedules) | 1,216,317.92 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

ALLIED WASTE SERVICES #853
PO BOX 78829
PHOENIX, AZ 85062


AMERICAN MANAGEMENT SERVICES
2801 ALASKA WAY, SUITE 200
SEATTLE, WA 98121


AMERISTAR SCREEN & GLASS
PO BOX 29308
DALLAS, TX 75229


APARTMENTS.COM
2563 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


AT&T LINE REPAIR
909 CHESTNUT ST. RM 39-N-13
SAINT LOUIS, MO 63101


AUDIO IMAGES INTERNATIONAL
PO BOX 550819
JACKSONVILLE, FL 32255


BLUE MOON SOFTWARE, INC.
PO BOX 684926
AUSTIN, TX 78768


BOREAL PROPERTIES, L.P.
750 MARKET STREET
TACOMA, WA 98402


BRILLIANT PROMOTIONAL PRODUCTS
10161 HARWIN, SUITE #125
HOUSTON, TX 77036


CENTERPOINT ENERGY
PO BOX 4981
HOUSTON, TX 77210


CITIBANK, N.A.
ONE SANSOME STREET
SAN FRANCISCO, CA 94104

CITY OF HOUSTON
PO BOX 1560
HOUSTON, TX 77251


CITY OF HOUSTON HEATH SERVICES
7411 PARK PLACE, RM #102
HOUSTON, TX 77087


CLMS MANAGEMENT SERVICES LP
750 MARKET STREET
TACOMA, WA 98402


CLMS PROPERTIES, L.P.
750 MARKET STREET
TACOMA, WA 98402


DE LEON
5500 EL CAMINO DEL REY ST.
HOUSTON, TX 77081


ECHO COMMUNICATIONS, INC.
12703 VETERANS MEMORIAL DR.,
SUITE #200
HOUSTON, TX 77014


ENVIROTROL COMPANY, INC.
806 NORTH BELTINE ROAD
GRAND PRAIRIE, TX 75050


ESSENTIAL MESSAGING DBA
PO BOX DRAWER 1151
ALTOONA, PA 16603


FOR RENT MEDIA SOLUTIONS
PO BOX 209066
DALLAS, TX 75320


GALL & GALL COMPANY, INC.
8555 NORTH DIXIE DRIVE
DAYTON, OH 45414


GALP SIERRA GP, L.P.
750 MARKET STREET
TACOMA, WA 98402

GALP SV GP, INC.
750 MARKET STREET
TACOMA, WA 98402


GALP WATERS LP
750 MARKET STREET
TACOMA, WA 98402


GIRON
5500 EL CAMINO DEL REY ST.
HOUSTON, TX 77081


GRAOCH ASSOCIATES #160 LP
750 MARKET STREET
TACOMA, WA 98402


GRAOCH ASSOCIATES #180 LP
750 MARKET STREET
TACOMA, WA 98402


GREEN MOUNTAIN ENERGY
PO BOX 6500001
DALLAS, TX 75265


HERNANDEZ
5500 EL CAMINO DEL REY ST.
HOUSTON, TX 77081


HOCUTT, INC.
PO BOX 271029
DALLAS, TX 75227


HOUSTON APARTMENT ASSOCIATION
4810 WESTWAY PARK BLVD
HOUSTON, TX 77041


HOUSTON MULTI HOUSING CORP
4810 WESTWAY PARK BLVD
HOUSTON, TX 77041


HOUSTON PEST
PO BOX 841824
HOUSTON, TX 77284

JORGE I. FLORES
4111 HIGHLAND CROSS DR. #1905
HOUSTON, TX 77073


LINDA LUKSBA


LTD LANDSCAPING & SUPPLIES INC
32011 WENDT PARK PLACE
FULSHEAR, TX 77441


MFF PARTNERS, L.P.
750 MARKET STREET
TACOMA, WA 98402


PRESTO MAINTENANCE SUPPLY
580 NORTH SHEPHERD DRIVE
HOUSTON, TX 77007


RAMOS
5500 EL CAMINO DEL REY ST.
HOUSTON, TX 77081


RESIDENT SECURITY DEPOSITS


ROMERO
5500 EL CAMINO DEL REY ST.
HOUSTON, TX 77081


SM CARPETS
12302 FONDREN RD. #10
HOUSTON, TX 77035


SORIANO
5500 EL CAMINO DEL REY ST.
HOUSTON, TX 77081


STEVE HAMASAKI
750 MARKET STREET
TACOMA, WA 98402

TERMINIX INTERNATIONAL
11777 W. SAM HOUSTON PKWY S.#8
HOUSTON, TX 77031


TWD BUSINESS SYSTEMS, INC.
PO BOX 740009
HOUSTON, TX 77274


WASTE MANAGEMENT
PO BOX 660345
DALLAS, TX 75266


WCA WASTE CORPORATION
PO BOX 553166
DETROIT, MI 48255


WEBB PEST CONTROL
PO BOX 924226
HOUSTON, TX 77292


WELCOME HOME AMERICA, INC.
PO BOX 246
HOLLY SPRINGS, GA 30142


WENTWOOD ROUNDHILL I, L.P.
750 MARKET STREET
TACOMA, WA 98402


WENTWOOD WOODSIDE I, L.P.
750 MARKET STREET
TACOMA, WA 98402


WILMAR INDUSTRIES INC.
801 WEST BAY STREET
JACKSONVILLE, FL 32204